| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Inland Transportation, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **\*\*-\*\*\*5995** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**306 N 30th Rd**<br>**LaSalle  IL**          ZIP CODE  **61301** | Street Address of Joint Debtor (No. & Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**LaSalle** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s) **Inland Transportation, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  Not Applicable** _____ Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

                    _____
                        (Name of landlord that obtained judgment)

                    _____
                        (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Inland Transportation, Inc.** |

# Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint)** column:

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of a Foreign Representative** column:

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney** column:

X **/s/ William T. Surin**
Signature of Attorney for Debtor(s)

**William T. Surin  Bar No.  02777622**
Printed Name of Attorney for Debtor(s) / Bar No.

**Armstrong & Surin**
Firm Name

**724 Columbus St Ottawa  IL  61350-5002**
Address

**(815) 431-1234**          **(815) 434-5338**
Telephone Number

**8/5/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer** column:

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Barry Welbers**
Signature of Authorized Individual

**Barry Welbers**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**8/5/2011**
Date

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re:  **Inland Transportation, Inc.**                                    ,        Case No. _____

_____ Debtor                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **795,675.00** | **??** | **2009** |
| **None** | **N/A** | **2010** |

## 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **SM Gas Inc, d/b/a Crazy D's etc v Inland Transportation Systems Inc** 09-LM-98 | **Monies owed** | **Bureau County Circuit Court 700 S Main St Princeton IL 61356** | **Pending** |
| **Canal Insurance Company v Inland Transportation System, Inc.** 11-L-5 | **Monies owed** | **Bureau County Circuit Court 700 S Main St Princeton IL 61356** | **Pending** |
| **J Mitchell Neahring v Inland Transportation Systems Inc** 07-L-21 ST | **Monies owed** | **Whiteside County Circuit Court 101 E Third St Sterling IL 61081** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

## 5.  Repossessions, foreclosures and returns

None

☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None

☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None

☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None

☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

## 9.  Payments related to debt counseling or bankruptcy

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Armstrong & Surin**<br>**724 Columbus St**<br>**Ottawa  IL  61350-5002** | **8/2/11** | **$1,050.** |

## 10.  Other transfers

None

☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None

☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None

☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None

☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☑    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑    a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

7

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS        DATE ISSUED

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Barry Welbers**<br>**306 N 30th Rd**<br>**LaSalle IL  61301** | **President** | **0** |
| **Beth Welbers**<br>**306 N 30th Rd**<br>**LaSalle IL  61301** | **Stockholder** | **100%** |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Barry Welbers**<br>**30493 IL State Hwy 29**<br>**Spring Valley IL  61362** | **President** | |
| **Beth Welbers**<br>**30493 IL State Hwy 29**<br>**Spring Valley IL  61362** | **Stockholder** | |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## 25. Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   <u>8/5/2011</u>                          Signature   **/s/ Barry Welbers**

                                                                        **Barry Welbers, President**
                                                                        Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

### Northern District of Illinois

### Eastern Division

In re **Inland Transportation, Inc.** _____,         Case No. _____

Debtor

Chapter   **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 2 | $          0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $     205,388.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $     338,410.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 24 | $          0.00 | $     543,798.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re   **Inland Transportation, Inc.**

Debtor

Case No. _____

Chapter   **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 205,388.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 205,388.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

## United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Inland Transportation, Inc.**

Debtor

Case No. _____

Chapter  **7** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  205,388.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  0.00 |
| 4. Total from Schedule F | | $  338,410.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  338,410.00 |

**B6A (Official Form 6A) (12/07)**

In re:  **Inland Transportation, Inc.** _____ ,          Case No. _____
                     Debtor                                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | Total ➤ | **0.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Inland Transportation, Inc.** ,      Case No. _____
             **Debtor**                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Inland Transportation, Inc.**                                                    ,          Case No. _____
                                                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____1_____  continuation sheets attached                          Total  ➤        $      0.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re  **Inland Transportation, Inc.**                                    .          Case No.  _____
                          Debtor                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** |  |  |  |  |  |  |  |  |
| **NONE** |  |  | **VALUE** _____ |  |  |  |  |  |

0    continuation sheets
      attached

Subtotal    ➤
(Total of this page)

Total    ➤
(Use only on last page)

|  | $    0.00 | $    0.00 |
|---|---|---|
|  | $    0.00 | $    0.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re __Inland Transportation, Inc._____     Case No. _____
                                    Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❏    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏    **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏    **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏    **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏    **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏    **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__3__  **continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re  **Inland Transportation, Inc.**                                            Case No. _____
                                                                                        (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **-****5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **March 31, 2007 941 Taxes** | | X | | **12,841.00** | **12,841.00** | **$0.00** |
| ACCOUNT NO.  **-***5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **September 31, 2007, 941 Taxes** | | X | | **19,887.00** | **19,887.00** | **$0.00** |
| ACCOUNT NO.  **-***5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **September 30, 2006 941 Taxes** | | X | | **8,960.00** | **8,960.00** | **$0.00** |
| ACCOUNT NO.  **-***5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **June 30, 2007 941 Taxes** | | X | | **19,208.00** | **19,208.00** | **$0.00** |
| ACCOUNT NO.  **-***5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **September 30, 2007 941 Taxes** | | X | | **20,634.00** | **20,634.00** | **$0.00** |
| ACCOUNT NO.  **-***5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **March 31, 2006 941 Taxes** | | X | | **15,619.00** | **15,619.00** | **$0.00** |

Sheet no.  1  of  3  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $ **97,149.00** | $ **97,149.00** | $ **0.00** |
| Total  ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

In re __**Inland Transportation, Inc.**_____,   Case No. _____
                                   Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **-***5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **December 31, 2007 941 Taxes** | | X | | **12,879.00** | **12,879.00** | **$0.00** |
| ACCOUNT NO.   **-***5955<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **December 31, 2006 941 Taxes** | | X | | **35,774.00** | **35,774.00** | **$0.00** |
| ACCOUNT NO.   **-***5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **941 Taxes** | | X | | **9,525.00** | **9,525.00** | **$0.00** |
| ACCOUNT NO.   **-***5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **March 31, 2007 941 Taxes** | | X | | **12,396.00** | **12,396.00** | **$0.00** |
| ACCOUNT NO.   **-****5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **June 30, 2007, 941 Taxes** | | X | | **19,912.00** | **19,912.00** | **$0.00** |
| ACCOUNT NO.   **-****5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **September 30, 2006 941 Taxes** | | X | | **9,267.00** | **9,267.00** | **$0.00** |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ **99,753.00** | $ **99,753.00** | $ **0.00** |
| Total  ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

In re  **Inland Transportation, Inc.** _____,     Case No. _____
                                                                                    (If known)
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **-****5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **941 Taxes** | | X | | **903.00** | **903.00** | **$0.00** |
| ACCOUNT NO.   **-****5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **941 Taxes** | | X | | **911.00** | **911.00** | **$0.00** |
| ACCOUNT NO.   **-****5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **941 Taxes** | | X | | **717.00** | **717.00** | **$0.00** |
| ACCOUNT NO.   **-***5995<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia  PA  19101-7346** | | | **June 30, 2006 941 Taxes** | | X | | **5,955.00** | **5,955.00** | **$0.00** |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | Subtotals ▶<br>(Totals of this page) | $ **8,486.00** | $ **8,486.00** | $ **0.00** |
|---|---|---|---|---|
| | Total  ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **205,388.00** | | |
| | Total  ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **205,388.00** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Inland Transportation, Inc.**                                  Case No. _____
                            Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1476<br><br>**Affordable Waste Systems LLC**<br>PO Box 114<br>Dixon IL 61021-0114 | | | Business credit | | X | | 316.00 |
| ACCOUNT NO.<br><br>**Allstate Imaging Inc**<br>21621 Nordhoff St<br>Chatsworth CA 9311-5825 | | | Business Credit | | X | | 177.00 |
| ACCOUNT NO.<br><br>**Allstate Imaging Inc**<br>21621 Nordhoff St<br>Chatsworth CA 9311-5825 | | | Business credit | | X | | 354.00 |
| ACCOUNT NO.<br><br>**Alpine Food Distributing**<br>PO Box 14621<br>Portland OR 97293-0621 | | | Business credit | | X | | 189.00 |
| ACCOUNT NO.<br><br>**Alpine Food Distributing**<br>PO Box 1462<br>Portland OR 97293-0621 | | | Business credit | | X | | 187.00 |

 13  Continuation sheets attached

Subtotal  ➢  $    **1,223.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Inland Transportation, Inc.** _____   Case No. _____
Debtor                                                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alpine Food Distributing<br>PO Box 14621<br>Portland  OR  97293-0621** | | | **Business credit** | | X | | 121.00 |
| ACCOUNT NO.<br>**Alpine Food Distribution<br>PO Box 14621<br>Portland OR  07293-0621** | | | **Business credit** | | X | | 125.00 |
| ACCOUNT NO.   *****7060**<br>**Associate Collectors Inc<br>PO Box 1039<br>Janesville  WI  53547-1039** | | | **Business credit** | | X | | 489.00 |
| ACCOUNT NO.<br>**AT&T<br>Box 8100<br>Aurora  IL  60507-8100** | | | **Telephone bill** | | X | | 1,521.00 |
| ACCOUNT NO.<br>**B&R Truck & Trailer Repair<br>2235 W 74th St<br>Chicago  IL  60636-6061** | | | **Business credit** | | X | | 1,138.00 |

Sheet no. _1_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                3,394.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Inland Transportation, Inc.**                                    Case No. _____
_____
                    Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **B&R Truck & Trailer Repair** <br> **2235 W 74th St** <br> **Chicago  IL  60636-3661** | | | **Business credit** | | X | | 1,450.00 |
| ACCOUNT NO. <br><br> **B&R Truck & Trailer Repair** <br> **2235 W 74th St** <br> **Chicago  IL  60636-3661** | | | **Business credit** | | X | | 197.00 |
| ACCOUNT NO.    **0084** <br><br> **Barns Distribution** <br> **Dept Ch 14079** <br> **Palatine  IL  60067** | | | **Business credit** | | X | | 2,041.00 |
| ACCOUNT NO.    ****-****-0001** <br><br> **Call One** <br> **123 N Wacker Dr** <br> **Floor 7** <br> **Chicago  IL  60606-1796** | | | **Business credit** | | X | | 7,665.00 |
| ACCOUNT NO.    **3216** <br><br> **CBCS** <br> **PO Box 89471** <br> **Cleveland  OH  44100** | | | **Business Utilities** | | X | | 869.00 |

Sheet no.  2 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                      12,222.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Inland Transportation, Inc.**
_____
                    **Debtor**

Case No. _____
                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    *3216 <br><br> **CBCS** <br> **PO Box 69** <br> **Columbus  OH  43215** | | | **Business credit** | | X | | 1,521.00 |
| ACCOUNT NO.    ***IIL10 <br><br> **Comp Tech Systems** <br> **6311 Van Nuys Blvd** <br> **Suite 1200** <br> **Van Nuys  CA  91401-2611** | | | **Business credit** | | X | | 367.00 |
| ACCOUNT NO.    ***ILL10 <br><br> **Comp Tech Systems** <br> **6311 Van Nuys Blvd** <br> **Suite 1200** <br> **Van Nuys  CA  91401-2611** | | | **Business credit** | | X | | 154.00 |
| ACCOUNT NO. <br><br> **Copy All Service** <br> **2901 N Peoria St** <br> **Peru  IL  61354** | | | **Business credit** | | X | | 510.00 |
| ACCOUNT NO. <br><br> **Coremark Tech Solutions** <br> **PO Box 814** <br> **Pearblossom  CA  93553-0814** | | | **Business credit** | | X | | 107.00 |

Sheet no.  3  of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤  $            2,659.00

Total   ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Inland Transportation, Inc.**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9322 <br><br> **CPI** <br> 723 First St <br> LaSalle  IL  61301 | | | Business credit | | X | | 608.00 |
| ACCOUNT NO. <br><br> **Criterion Claim Solutions** <br> PO Box 3328 <br> Omaha  NE  68103-0328 | | | Business credit | | X | | 250.00 |
| ACCOUNT NO.   ***0504 <br><br> **D&A Property Liens** <br> 33 S State St  10th Floor <br> Chicago  IL  60603-2804 | | | Business credit | | X | | 22,795.00 |
| ACCOUNT NO. <br><br> **DSC** <br> **Attorneys at Law** <br> 8448 Katella Ave Suite 100 <br> Santon  CA  90680 | | | Attorney's fees | | X | | 967.00 |
| ACCOUNT NO. <br><br> **Edward K Mini** <br> PO Box 56 <br> Dalzell  IL  61320-0056 | | | Business credit | | X | | 14,583.00 |

Sheet no.  4  of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          39,203.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Inland Transportation, Inc.                                    Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Environmental Restoration LLC<br>Kramer & Frank PC<br>9300 Dielman Ind  Suite 100<br>St Louis  MO  63122-2205** | | | **Business credit** | | X | | 4,328.00 |
| ACCOUNT NO.    ****1018<br><br>**Flying J Communications<br>4185 Harison Blvd<br>Suite 301<br>Ogden  UT  84403-2499** | | | **Business credit** | | X | | 400.00 |
| ACCOUNT NO.    ***9145<br><br>**Flying J Inc<br>c/o Bonneville Collections<br>1186 E 4600 S Suite 100<br>Ogden  UT  84403-4896** | | | **Business credit** | | X | | 54,116.00 |
| ACCOUNT NO.<br><br>**Green Man Technologies<br>PO Box 1450<br>Savage  MN  55378** | | | **Business credit** | | X | | 825.00 |
| ACCOUNT NO.    ***7381<br><br>**IPC<br>PO Box 668307<br>Pompano Beach  FL  33066-8307** | | | **Business credit** | | X | | 433.00 |

Sheet no.  5 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    60,102.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Inland Transportation, Inc._____   Case No. _____
Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>John Neahring<br>c/o Atty John A. Guzzardo<br>202 E Fifth St<br>PO Box 400<br>Sterling IL 61081 | | | Business credit | | X | | 102,617.00 |
| ACCOUNT NO.<br>Liberty Tire<br>12420 Wyoming Ave<br>Savage MN 55378-1052 | | | Business credit | | X | | 1,740.00 |
| ACCOUNT NO.       ** 94<br>Liberty Tire Recycling Service<br>1914 E Euclid Ave Bldg A<br>Des Moines IA 50313-4733 | | | Business credit | | X | | 3,622.00 |
| ACCOUNT NO.       ** 94<br>Liberty Tire Recycling Services<br>1914 E Euclid Ave, Bldg A<br>DesMoines IA 50313-4733 | | | Business credit | | X | | 3,554.00 |
| ACCOUNT NO.<br>Lion Distributing Inc<br>PO Box 565<br>Reisterstown MD 21136-0565 | | | Business credit | | X | | 801.00 |

Sheet no. _6_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 112,334.00

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Inland Transportation, Inc.**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NACM**<br>**7410 S Creek Road  Suite 301**<br>**Sandy  UT  84093-6151** | | | **Business credit** | | X | | 933.00 |
| ACCOUNT NO.<br><br>**Occupational Health Systems**<br>**PO Box 51525**<br>**Knoxville  TN  37950-1525** | | | **Business credit** | | X | | 100.00 |
| ACCOUNT NO.    ****893-e<br><br>**Office Max**<br>**c/o Scott & Goldman**<br>**500 W Crossvill Rd  Suite 104**<br>**Roswell GA  30075-7512** | | | **Business credit** | | X | | 758.00 |
| ACCOUNT NO.    ***5325<br><br>**Outsource Receivables Manages**<br>**PO Box 166**<br>**Ogden  UT  84401** | | | **Business credit** | | X | | 644.00 |
| ACCOUNT NO.<br><br>**PD  MD**<br>**PO Box 51525**<br>**Knoxville  TN  37950-1525** | | | **Business credit** | | X | | 50.00 |

Sheet no.  7 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   2,485.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Inland Transportation, Inc.**

Debtor

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**PD MD<br>PO Box 30757<br>Knoxville  TN  37930-0757** | | | **Business credit** | | X | | 110.00 |
| ACCOUNT NO.<br>**PD MD<br>PO Box 30757<br>Knoxville  TN  37930-0757** | | | **Business credit** | | X | | 80.00 |
| ACCOUNT NO.<br>**PD MD<br>PO Box 30757<br>Knoxville  TN  37930-0757** | | | **Business credit** | | X | | 65.00 |
| ACCOUNT NO.<br>**Physician Immediate Care<br>10100 Forest HIlls Rd<br>Machesney Park  IL  61115-8234** | | | **Business credit** | | X | | 40.00 |
| ACCOUNT NO.<br>**Physicians Immediate Care<br>10100 Forest Hills Rd<br>Machesney Park  IL  61115-8234** | | | **Business credit** | | X | | 40.00 |

Sheet no.  8  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          335.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Inland Transportation, Inc.**                     Case No. _____
_____
            Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Physicians Immediate Care**<br>**10100 Forest Hills Rd**<br>**Machesney Park IL 61115-8234** | | | **Business credit** | | X | | 40.00 |
| ACCOUNT NO.<br><br>**Physicians Immediate Care**<br>**10100 Forest Hills Rd**<br>**Machesney Park IL 61115-8234** | | | **Business credit** | | X | | 40.00 |
| ACCOUNT NO. **\*\*\*0269**<br><br>**Physicians Immediate Care**<br>**10100 Forest Hills Road**<br>**Machesney Park IL 61115-8234** | | | **Business credit** | | X | | 40.00 |
| ACCOUNT NO.<br><br>**Quantumlink**<br>**PO Box 21261**<br>**Tulsa OK 74121-1261** | | | **Business credit** | | X | | 862.00 |
| ACCOUNT NO.<br><br>**Quill**<br>**PO Box 25084**<br>**Lehigh Valley PA** | | | **Business credit** | | X | | 318.00 |

Sheet no. _9_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                              1,300.00

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Inland Transportation, Inc.</u>                              Case No.  _____
                          **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Quill**<br>**c/o RMS**<br>**PO Box 523**<br>**Richfield OH 44286-0523** | | | **Business credit** | | X | | **671.00** |
| ACCOUNT NO.   ***3130<br><br>**Quill Corporation**<br>**PO Box 539**<br>**Richfield OH** | | | **Business credit** | | X | | **610.00** |
| ACCOUNT NO.<br><br>**Rick Reynolds**<br>**518 Crossant St**<br>**LaSalle IL 61301** | | | **Business credit** | | X | | **3,298.00** |
| ACCOUNT NO.<br><br>**RMS**<br>**PO Box 523**<br>**Richfield OH 44286-0523** | | | **Business credit** | | X | | **3,298.00** |
| ACCOUNT NO.<br><br>**SM Gas Inc d/b/a Crazy D's etc**<br>**c/o Philip L Mandell**<br>**39 S LaSalle St Suite 1220**<br>**Chicago IL 60603** | | | **Business credit** | | X | | **31,177.00** |

Sheet no. <u>10</u> of <u>13</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | **39,054.00**

Total ➤ $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   __Inland Transportation, Inc._____     Case No. _____
                                    Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Specialty Fabrications Inc** 2716 Highway N Cottage Grove  WI  53527 | | | Business credit | | X | | 49,499.00 |
| ACCOUNT NO.  *****2386  **T Mobile** c/o Law Offices of Mitchell N Kay 205 W Randolph St  Suite 92 Chicago IL  60606-1814 | | | Business credit | | X | | Duplicate |
| ACCOUNT NO.  *****2386  **T Mobile** PO Box 790047 Saint Louis  MO  63179-0047 | | | Telephone bill | | X | | 5,902.00 |
| ACCOUNT NO.  **T&T Distribution** 304 Fifth St Peru  IL  61354 | | | Business credit | | X | | 316.00 |
| ACCOUNT NO.  ***3130  **The Quill Corporation** PO Box 539 Richfield  OH  44286-0539 | | | Business credit | | X | | 610.00 |

Sheet no.  11 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $ **56,327.00**

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Inland Transportation, Inc.**                                    Case No. _____
                        Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     *** **4479**<br>**Tredroc Tire SVC / Antioch**<br>**PO Box 5948**<br>**Carol Streatm  IL  60197-5948** | | | **Business credit** | | X | | 1,023.00 |
| ACCOUNT NO.<br>**Tri-Power Inc**<br>**900 S Oak St**<br>**Effingham  IL  62401-1905** | | | **Business credit** | | X | | 733.00 |
| ACCOUNT NO.<br>**Waste Management**<br>**c/o RMS**<br>**PO Box 523**<br>**Richfield OH  44286-0523** | | | **Business credit** | | X | | 435.00 |
| ACCOUNT NO.     ***6803<br>**Weller**<br>**1500 Gezon Parkway  SW**<br>**Grand Rapids  MI 49509-9585** | | | **Business credit** | | X | | 1,940.00 |
| ACCOUNT NO.<br>**William McCarthy**<br>**120 W State St**<br>**PO Box 219**<br>**Rockford  IL  61101-1125** | | | **Business credit** | | X | | 2,903.00 |

Sheet no.  12  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                         7,034.00

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Inland Transportation, Inc.</u>                          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Williams McCarthy**<br>**120 W State St**<br>**PO Box 219**<br>**Rockford  IL  61101-1125** | | | **Business credit** | | X | | **738.00** |

Sheet no. <u>13</u> of <u>13</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **738.00**

Total ➤ $ **338,410.00**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  <u>Inland Transportation, Inc.</u>                          ,     Case No.  _____
                                        **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Inland Transportation, Inc.**                    Case No. _____
_____.                                (If known)
                    Debtor

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Inland Transportation, Inc.**                                          Case No. _____
_____                                                          (If known)
**Debtor**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Barry Welbers**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of      **26**_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date    **8/5/2011**_____          Signature:    **/s/ Barry Welbers**_____

                                                             **Barry Welbers President**_____
                                                             [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:   **Inland Transportation, Inc.**
                                                              Case No. _____
                        Debtor                                Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,050.00** |
| Prior to the filing of this statement I have received | $ | **1,050.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **8/5/2011**

                        **/s/ William T. Surin** _____
                        **William T. Surin, Bar No.  02777622**

                        **Armstrong & Surin**
                        Attorney for Debtor(s)

**William T. Surin  02777622**
**Armstrong & Surin**
**724 Columbus St**
**Ottawa IL 61350-5002**

**(815) 431-1234**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In Re:
Debtor: **Inland Transportation, Inc.**
Social Security Number:   **\*\*-\*\*\*5995**

Case No:

Chapter **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **Affordable Waste Systems LLC**<br>**PO Box 114**<br>**Dixon IL 61021-0114** | **Unsecured Claims** | **$ 316.00** |
| 2.  **Allstate Imaging Inc**<br>**21621 Nordhoff St**<br>**Chatsworth CA 9311-5825** | **Unsecured Claims** | **$ 354.00** |
| 3.  **Allstate Imaging Inc**<br>**21621 Nordhoff St**<br>**Chatsworth CA 9311-5825** | **Unsecured Claims** | **$ 177.00** |
| 4.  **Alpine Food Distributing**<br>**PO Box 1462**<br>**Portland OR 97293-0621** | **Unsecured Claims** | **$ 187.00** |
| 5.  **Alpine Food Distributing**<br>**PO Box 14621**<br>**Portland OR 97293-0621** | **Unsecured Claims** | **$ 189.00** |

In re:   **Inland Transportation, Inc.**                                   Case No. _____

| | | | |
|---|---|---|---|
| **6.** | **Alpine Food Distributing**<br>PO Box 14621<br>Portland OR 97293-0621 | Unsecured Claims | $ 121.00 |
| **7.** | **Alpine Food Distribution**<br>PO Box 14621<br>Portland OR 07293-0621 | Unsecured Claims | $ 125.00 |
| **8.** | **Associate Collectors Inc**<br>PO Box 1039<br>Janesville WI 53547-1039 | Unsecured Claims | $ 489.00 |
| **9.** | **AT&T**<br>Box 8100<br>Aurora IL 60507-8100 | Unsecured Claims | $ 1,521.00 |
| **10.** | **B&R Truck & Trailer Repair**<br>2235 W 74th St<br>Chicago IL 60636-3661 | Unsecured Claims | $ 197.00 |
| **11.** | **B&R Truck & Trailer Repair**<br>2235 W 74th St<br>Chicago IL 60636-6061 | Unsecured Claims | $ 1,138.00 |
| **12.** | **B&R Truck & Trailer Repair**<br>2235 W 74th St<br>Chicago IL 60636-3661 | Unsecured Claims | $ 1,450.00 |
| **13.** | **Barns Distribution**<br>Dept Ch 14079<br>Palatine IL 60067 | Unsecured Claims | $ 2,041.00 |
| **14.** | **Call One**<br>123 N Wacker Dr<br>Floor 7<br>Chicago IL 60606-1796 | Unsecured Claims | $ 7,665.00 |

In re:    **Inland Transportation, Inc.**                                              Case No. _____

| 15. | **CBCS**<br>**PO Box 89471**<br>**Cleveland  OH  44100** | **Unsecured Claims** | **$   869.00** |
|---|---|---|---|
| 16. | **CBCS**<br>**PO Box 69**<br>**Columbus  OH  43215** | **Unsecured Claims** | **$  1,521.00** |
| 17. | **Comp Tech Systems**<br>**6311 Van Nuys Blvd**<br>**Suite 1200**<br>**Van Nuys  CA  91401-2611** | **Unsecured Claims** | **$   154.00** |
| 18. | **Comp Tech Systems**<br>**6311 Van Nuys Blvd**<br>**Suite 1200**<br>**Van Nuys  CA  91401-2611** | **Unsecured Claims** | **$   367.00** |
| 19. | **Copy All Service**<br>**2901 N Peoria St**<br>**Peru  IL  61354** | **Unsecured Claims** | **$   510.00** |
| 20. | **Coremark Tech Solutions**<br>**PO Box 814**<br>**Pearblossom  CA  93553-0814** | **Unsecured Claims** | **$   107.00** |
| 21. | **CPI**<br>**723 First St**<br>**LaSalle  IL  61301** | **Unsecured Claims** | **$   608.00** |
| 22. | **Criterion Claim Solutions**<br>**PO Box 3328**<br>**Omaha  NE  68103-0328** | **Unsecured Claims** | **$   250.00** |
| 23. | **D&A Property Liens**<br>**33 S State St  10th Floor**<br>**Chicago  IL  60603-2804** | **Unsecured Claims** | **$ 22,795.00** |

In re:  **Inland Transportation, Inc.**                    Case No. _____

| | | | |
|---|---|---|---|
| 24 . | **DSC**<br>**Attorneys at Law**<br>**8448 Katella Ave Suite 100**<br>**Santon  CA  90680** | **Unsecured Claims** | **$   967.00** |
| 25 . | **Edward K Mini**<br>**PO Box 56**<br>**Dalzell  IL  61320-0056** | **Unsecured Claims** | **$ 14,583.00** |
| 26 . | **Environmental Restoration LLC**<br>**Kramer & Frank PC**<br>**9300 Dielman Ind  Suite 100**<br>**St Louis  MO  63122-2205** | **Unsecured Claims** | **$  4,328.00** |
| 27 . | **Flying J Communications**<br>**4185 Harison Blvd**<br>**Suite 301**<br>**Ogden  UT  84403-2499** | **Unsecured Claims** | **$   400.00** |
| 28 . | **Flying J Inc**<br>**c/o Bonneville Collections**<br>**1186 E 4600 S Suite 100**<br>**Ogden  UT  84403-4896** | **Unsecured Claims** | **$ 54,116.00** |
| 29 . | **Green Man Technologies**<br>**PO Box 1450**<br>**Savage  MN  55378** | **Unsecured Claims** | **$   825.00** |
| 30 . | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$ 12,396.00** |
| 31 . | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$   717.00** |
| 32 . | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$   911.00** |

In re:   **Inland Transportation, Inc.**                                            Case No. _____

| | | | |
|---|---|---|---|
| 33. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$ 19,912.00** |
| 34. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$  9,267.00** |
| 35. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$ 35,774.00** |
| 36. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$  5,955.00** |
| 37. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$  9,525.00** |
| 38. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$ 12,879.00** |
| 39. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$ 19,887.00** |
| 40. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$  8,960.00** |
| 41. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$ 19,208.00** |

In re:    **Inland Transportation, Inc.**                                    Case No. _____

| 42. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$ 20,634.00** |
|---|---|---|---|
| 43. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$ 15,619.00** |
| 44. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$ 12,841.00** |
| 45. | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia  PA  19101-7346** | **Priority Claims** | **$   903.00** |
| 46. | **IPC**<br>**PO Box 668307**<br>**Pompano Beach  FL  33066-8307** | **Unsecured Claims** | **$   433.00** |
| 47. | **John Neahring**<br>**c/o Atty John A. Guzzardo**<br>**202 E Fifth St**<br>**PO Box 400**<br>**Sterling  IL  61081** | **Unsecured Claims** | **$ 102,617.00** |
| 48. | **Liberty Tire**<br>**12420 Wyoming Ave**<br>**Savage  MN  55378-1052** | **Unsecured Claims** | **$  1,740.00** |
| 49. | **Liberty Tire Recycling Services**<br>**1914 E Euclid Ave,  Bldg A**<br>**DesMoines  IA  50313-4733** | **Unsecured Claims** | **$  3,554.00** |
| 50. | **Lion Distributing Inc**<br>**PO Box 565**<br>**Reisterstown  MD  21136-0565** | **Unsecured Claims** | **$   801.00** |

In re:  **Inland Transportation, Inc.**                                    Case No. _____

| | | | | |
|---|---|---|---|---|
| **51.** | **NACM**<br>**7410 S Creek Road  Suite 301**<br>**Sandy  UT  84093-6151** | **Unsecured Claims** | **$** | **933.00** |
| **52.** | **Occupational Health Systems**<br>**PO Box 51525**<br>**Knoxville  TN  37950-1525** | **Unsecured Claims** | **$** | **100.00** |
| **53.** | **T Mobile**<br>**c/o Law Offices of Mitchell N Kay**<br>**205 W Randolph St  Suite 92**<br>**Chicago IL  60606-1814** | **Unsecured Claims** | **$** | **0.00** |
| **54.** | **Outsource Receivables Manages**<br>**PO Box 166**<br>**Ogden  UT  84401** | **Unsecured Claims** | **$** | **644.00** |
| **55.** | **PD  MD**<br>**PO Box 51525**<br>**Knosville  TN  37950-1525** | **Unsecured Claims** | **$** | **50.00** |
| **56.** | **PD MD**<br>**PO Box 30757**<br>**Knoxville  TN  37930-0757** | **Unsecured Claims** | **$** | **110.00** |
| **57.** | **PD MD**<br>**PO Box 30757**<br>**Knoxville  TN  37930-0757** | **Unsecured Claims** | **$** | **65.00** |
| **58.** | **PD MD**<br>**PO Box 30757**<br>**Knoxville  TN  37930-0757** | **Unsecured Claims** | **$** | **80.00** |
| **59.** | **Physician Immediate Care**<br>**10100 Forest HIlls Rd**<br>**Machesney Park  IL  61115-8234** | **Unsecured Claims** | **$** | **40.00** |

In re:    **Inland Transportation, Inc.**                                  Case No. _____

| | | | |
|---|---|---|---|
| **60.** | **Physicians Immediate Care**<br>**10100 Forest Hills Rd**<br>**Machesney Park  IL  61115-8234** | **Unsecured Claims** | **$    40.00** |
| **61.** | **Physicians Immediate Care**<br>**10100 Forest Hills Rd**<br>**Machesney Park  IL  61115-8234** | **Unsecured Claims** | **$    40.00** |
| **62.** | **Physicians Immediate Care**<br>**10100 Forest Hills Rd**<br>**Machesney Park  IL  61115-8234** | **Unsecured Claims** | **$    40.00** |
| **63.** | **Physicians Immediate Care**<br>**10100 Forest Hills Road**<br>**Machesney Park  IL  61115-8234** | **Unsecured Claims** | **$    40.00** |
| **64.** | **Quantumlink**<br>**PO Box 21261**<br>**Tulsa  OK  74121-1261** | **Unsecured Claims** | **$    862.00** |
| **65.** | **Office Max**<br>**c/o Scott & Goldman**<br>**500 W Crossvill Rd  Suite 104**<br>**Roswell GA  30075-7512** | **Unsecured Claims** | **$    758.00** |
| **66.** | **Quill**<br>**PO Box 25084**<br>**Lehigh Valley  PA** | **Unsecured Claims** | **$    318.00** |
| **67.** | **Quill Corporation**<br>**PO Box 539**<br>**Richfield  OH** | **Unsecured Claims** | **$    610.00** |
| **68.** | **Rick Reynolds**<br>**518 Crossant St**<br>**LaSalle  IL  61301** | **Unsecured Claims** | **$  3,298.00** |

In re:  **Inland Transportation, Inc.**                                    Case No. _____

| | | | |
|---|---|---|---|
| 69 . | **Quill**<br>**c/o RMS**<br>**PO Box 523**<br>**Richfield  OH  44286-0523** | **Unsecured Claims** | **$   671.00** |
| 70 . | **Liberty Tire Recycling Service**<br>**1914 E Euclid Ave Bldg A**<br>**Des Moines  IA  50313-4733** | **Unsecured Claims** | **$  3,622.00** |
| 71 . | **RMS**<br>**PO Box 523**<br>**Richfield  OH  44286-0523** | **Unsecured Claims** | **$  3,298.00** |
| 72 . | **SM Gas Inc d/b/a Crazy D's etc**<br>**c/o Philip L Mandell**<br>**39 S LaSalle St Suite 1220**<br>**Chicago  IL  60603** | **Unsecured Claims** | **$ 31,177.00** |
| 73 . | **Specialty Fabrications Inc**<br>**2716 Highway N**<br>**Cottage Grove  WI  53527** | **Unsecured Claims** | **$ 49,499.00** |
| 74 . | **T Mobile**<br>**PO Box 790047**<br>**Saint Louis  MO  63179-0047** | **Unsecured Claims** | **$  5,902.00** |
| 75 . | **T&T Distribution**<br>**304 Fifth St**<br>**Peru  IL  61354** | **Unsecured Claims** | **$   316.00** |
| 76 . | **The Quill Corporation**<br>**PO Box 539**<br>**Richfield  OH  44286-0539** | **Unsecured Claims** | **$   610.00** |
| 77 . | **Tredroc Tire SVC / Antioch**<br>**PO Box 5948**<br>**Carol Streatm  IL  60197-5948** | **Unsecured Claims** | **$  1,023.00** |

In re:  **Inland Transportation, Inc.**                                    Case No. _____

| 78. | **Tri-Power Inc**<br>**900 S Oak St**<br>**Effingham IL 62401-1905** | **Unsecured Claims** | **$   733.00** |
|---|---|---|---|
| 79. | **Waste Management**<br>**c/o RMS**<br>**PO Box 523**<br>**Richfield OH 44286-0523** | **Unsecured Claims** | **$   435.00** |
| 80. | **Weller**<br>**1500 Gezon Parkway SW**<br>**Grand Rapids MI 49509-9585** | **Unsecured Claims** | **$ 1,940.00** |
| 81. | **William McCarthy**<br>**120 W State St**<br>**PO Box 219**<br>**Rockford IL 61101-1125** | **Unsecured Claims** | **$ 2,903.00** |
| 82. | **Williams McCarthy**<br>**120 W State St**<br>**PO Box 219**<br>**Rockford IL 61101-1125** | **Unsecured Claims** | **$   738.00** |

In re:    **Inland Transportation, Inc.**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

 I, **Inland Transportation, Inc.** , named as debtor in this case, declare under penalty of perjury that I have have read the foregoing Numbered Listing of Creditors, consisting of **10 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature:    **/s/ Barry Welbers** _____

**Inland Transportation, Inc.**

Dated:    **8/5/2011** _____

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re:   **Inland Transportation, Inc.**                                          Case No. _____

                                                                                  Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                           $ _____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                                                  $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)                  $ _____ **0.00**
    4.  Payroll Taxes                                                                  _____ **0.00**
    5.  Unemployment Taxes                                                     _____ **0.00**
    6.  Worker's Compensation                                                 _____ **0.00**
    7.  Other Taxes                                                                    _____ **0.00**
    8.  Inventory Purchases (Including raw  materials)             _____ **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                       _____ **0.00**
   10.  Rent (Other than debtor's principal residence)            _____ **0.00**
   11.  Utilities                                                                         _____ **0.00**
   12.  Office Expenses and Supplies                                       _____ **0.00**
   13.  Repairs and Maintenance                                            _____ **0.00**
   14.  Vehicle Expenses                                                         _____ **0.00**
   15.  Travel and Entertainment                                            _____ **0.00**
   16.  Equipment Rental and Leases                                      _____ **0.00**
   17.  Legal/Accounting/Other Professional Fees                  _____ **0.00**
   18.  Insurance                                                                     _____ **0.00**
   19.  Employee Benefits (e.g., pension, medical, etc.)        _____ **0.00**
   20.  Payments to Be Made Directly By Debtor to Secured Creditors For
        Pre-Petition Business Debts (Specify):

        **0**                                                                              _____ **0.00**

   21.  Other (Specify):

        **0**                                                                              _____ **0.00**

   22.  Total Monthly Expenses (Add items 3 - 21)                                   $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

   23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)        $ _____ **0.00**